

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

July 6, 2006

Susan Paradise Baxter
U.S. District Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-05-0156 Erie**

Dear Judge Baxter,


On **03/07/06** a letter was sent to your office informing you that a request for payment for service had been sent to **Kevin Pound, Z1237 at Erie Co. Jail, 1618 Ash Street, Erie, Pa. 16503** for defendant(s) **Vesshecco, Attorney General for the Commonwealth, and the Erie County District Attorney** but had been returned marked **REFUSED/Not Here** and requesting that this office be advised if further action was taken or needed to be taken.

The letter was then resubmitted on **04/12/06**.

It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.


Sincerely,

Thomas Fitzgerald
United States Marshal
Western District of Pennsylvania

*[signature]*
By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania